**Electronically Filed
Supreme Court
SCWC-20-0000320
07-JUL-2023
03:55 PM
Dkt. 53 SO**

SCWC-20-0000320

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ARYN NAKAOKA and DARCIE NAKAOKA,
Petitioners/Plaintiffs-Appellants,

vs.

EUGENE SHIZURU and CAROLE SHIZURU; DANIEL T.M. CHOY,
individually and dba CORINTHIANS REALTY; and LYNIEL
CHOY, individually and dba RAINBOW REALTY INTERNATIONAL,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000320; CIV. NO. 1CC161002076)

SUMMARY DISPOSITION ORDER
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Wong and Circuit Judge Johnson,
assigned by reason of vacancies)

Petitioners/Plaintiffs-Appellants Aryn Nakaoka and

Darcie Nakaoka timely filed an application for writ of

certiorari from the Intermediate Court of Appeals' (ICA)

judgment in Nakaoka v. Shizuru, 151 Hawaiʻi 510, 517 P.3d 783 (App. 2022), which affirmed the Circuit Court of the First Circuit's (1) April 8, 2020 Final Judgment; (2) July 17, 2020 "Order Granting Defendants Eugene Shizuru and Carole Shizuru's Motion for an Award of Attorneys' Fees, Filed April 22, 2020"; (3) July 17, 2020 "Order Granting Defendant Lyniel Choy's Motion for an Award of Attorneys' Fees and Costs, Filed April 22, 2020"; and (4) July 17, 2020 "Amended Order Granting Defendant Daniel T.M. Choy's Motion for an Award of Attorney's Fees and Costs, Filed April 22, 2020"; and dismissed the "purported appeal" arising from the Circuit Court's July 17, 2020 "Order Granting Defendants Eugene Shizuru and Carole Shizuru's Motion for Costs, Filed May 1, 2020."  This court granted certiorari on March 17, 2023 and ordered supplemental briefing and oral argument.

Upon careful review of the record and the briefs submitted by the parties, including supplemental briefs filed by all parties, and also having heard oral argument on June 22, 2023,

***NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER***

IT IS HEREBY ORDERED that the ICA's January 18, 2023 judgment on appeal is affirmed.

DATED: Honolulu, Hawai'i, July 7, 2023.

Richard E. Wilson for
Petitioners/Plaintiffs-
Appellants Aryn Nakaoka
and Darcie Nakaoka

Henry F. Beerman for
Respondents/Defendants-
Appellees Eugene Shizuru
and Carol Shizuru

Enver W. Painter, Jr. for
Respondent/Defendant-
Appellee Daniel T.M. Choy

Philip W. Miyoshi for
Respondent/Defendant-
Appellee Lyniel Choy

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd E. Eddins

/s/ Paul B.K. Wong

/s/ Ronald G. Johnson

